IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHAWNAY RAY AND KANTICE JOYNER, *on their own behalf and on behalf of all others similarly situated,*<br><br>    Plaintiffs,<br><br>v.<br><br>T-MOBILE US, INC.<br><br>    Defendant. | Case No. 1:19-cv-01299-JKB<br><br>Judge: James K. Bredar |

NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs Shawnay Ray and Kantice Joyner file this Notice of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) in the above captioned matter. As of the date of this Notice, Defendant, T-Mobile US, Inc., has not served an answer or filed a motion for summary judgment. The dismissal of this matter shall be entered with prejudice.

                                             Respectfully submitted,

Dated: May 8, 2020

                          /s/ 28191
Cory L. Zajdel (Fed. Bar #28191)
Jeffrey C. Toppe (Fed. Bar #20804)
David M. Trojanowski (Fed. Bar #19808)
2345 York Road, Ste. B-13
Timonium, MD 21093
(443) 213-1977
clz@zlawmaryland.com
jct@zlawmaryland.com
dmt@zlawmaryland.com

*Attorneys for Plaintiff*